IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
MIDLAND DIVISION

| | |
|---|---|
| AP MANUFACTURING LLC, | § |
| *Plaintiff,* | § § § |
| v. | § § |
| A TO Z PERFORATING, LLC & MATTHEW JAMES MEDLEY, | § § § § |
| *Defendants.* | §    Civil Action No. <u>7:23 – cv – 74</u> |

**PLAINTIFF'S ORIGINAL COMPLAINT**

Plaintiff AP Manufacturing LLC ("AP Manufacturing") files this Original Complaint against Defendants A to Z Perforating, LLC ("A to Z Perforating") and Matthew James Medley ("Medley").

## I.   PARTIES

1. AP Manufacturing is a Texas limited liability company with its principal place of business in Midland, Texas.

2. Defendant A to Z Perforating is a Texas limited liability company with its principal place of business in Midland County, Texas. A to Z Perforating may be served with process through its registered agent, Jesus E. Olguin Jr., at 2604 Maxwell Drive, Midland, Texas 79705 or wherever he may be found.

3. Medley is an individual who resides in Midland County, Texas. Medley may be served with summons at 1500 North County Road 1130, Midland, Texas 79706, or wherever he may be found.

## II.   JURISDICTION & VENUE

4. This Court has subject matter jurisdiction over this proceeding pursuant to 28 U.S.C. § 1331, as AP Manufacturing asserts claims that arise under the law of the United States, namely, the federal Defend Trade Secrets Act.

5. Venue is proper in the Western District of Texas under 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to this claim occurred in this district.

### III. BACKGROUND

6. AP Manufacturing is a supplier of wireline and perforating accessories for use in the oil and gas industry. AP Manufacturing offers a wide range of products from stage work essentials, shop supplies, and downhole tools. SWM International, LLC ("SWM"), AP Manufacturing's parent company, purchased AP Manufacturing's business in 2022. SWM is a leading provider of perforation technologies, including perforation gun systems, for the oil and gas industry.

7. Medley worked for AP Manufacturing and was provided with access to AP Manufacturing's trade secrets, including information regarding its customers, vendors, and suppliers and information regarding its sales, products, and markets, including pricing. Medley was required to maintain the confidentiality of this information during his employment.

8. In September 2022, two other AP Manufacturing employees, Aaron Hughes ("Hughes") and Jesus Olguin ("Olguin"), resigned from their positions with AP Manufacturing. Hughes and Olguin had only months earlier entered into Retention Bonus and Incentive Award Agreements with AP Manufacturing in conjunction with SWM's purchase of the company.

9. It appears that at the same time or very soon after Hughes' and Olguin's resignations, Medley, Hughes, and Olguin began planning to compete with AP Manufacturing and form a competing company. Approximately two weeks later, on or around October 3, 2022—*while Medley was still employed by AP Manufacturing*—Medley, Hughes, and Olguin formed A to Z Perforating LLC ("A to Z Perforating"). A to Z Perforating provides nearly identical services offered by AP Manufacturing and has been used to solicit AP Manufacturing's customers and vendors.

10. Thereafter, from at least October 11, 2022 to October 26, 2022—*while still employed by AP Manufacturing*—Medley accessed AP Manufacturing's confidential vendor list, customer information, certain financial information, and proprietary parts lists on his company desktop, took photos of this information using his cell phone and sent the photos to Olguin (and possibly Hughes) to use at A to Z Perforating and/or made photocopies of such information. AP Manufacturing has invested time and expense to develop this information, and the confidential information is used to sustain its competitive business advantage within its industry. AP Manufacturing uses this information to transact business in Texas and other states, including vendors and customers located outside of Texas.

11. In December 2022, Medley resigned from AP Manufacturing.

12. On information and belief, Medley and A to Z Perforating are utilizing AP Manufacturing's trade secrets to establish and further A to Z Perforating's business. Indeed, A to Z Perforating appears to be conducting the exact same business with the same vendors and same customers as AP Manufacturing. In other words, there is no other method by which A to Z Perforating could have replicated AP Manufacturing's business without utilizing its confidential information.

13. AP Manufacturing's investigation is ongoing and additional information may be discovered.

## IV.   CAUSES OF ACTION

### Count 1—Violation of the Defend Trade Secrets Act of 2016

14. AP Manufacturing re-alleges and incorporates the allegations as set forth in the foregoing paragraphs as if they were fully set forth herein.

15. AP Manufacturing holds many trade secrets. Medley had access to AP Manufacturing's trade secrets, including but not limited to AP Manufacturing's vendor list, customer

information, financial information, and proprietary parts lists. This information derives independent economic value to AP Manufacturing. Specifically, the compilation of such information would allow a competitor to replicate and undermine AP Manufacturing's business by knowing AP Manufacturing's sourcing for parts and material, pricing and profit information, its customers, and their preferences.

16. AP Manufacturing has taken reasonable measures to maintain the confidentiality of its trade secrets, and AP Manufacturing has taken measures to prevent the unauthorized disclosure or use of its trade secret information.

17. Defendants misappropriated AP Manufacturing's trade secrets by acquiring AP Manufacturing's trade secret information identified herein, with knowledge or reason to know that the trade secrets were acquired through improper means.

18. Defendants also disclosed and/or used the trade secrets without consent of AP Manufacturing after an improper acquisition and with knowledge or reason to know that the trade secrets were acquired through improper means, under circumstances giving rise to a duty to maintain the secrecy or limit use of the trade secrets, and/or derived from a person (Medley and potentially others) who owed a duty to maintain the secrecy or limit the use of the trade secrets.

19. AP Manufacturing seeks an injunction to prevent any actual or threatened misappropriation of its trade secrets.

20. Additionally, AP Manufacturing requests all compensatory damages suffered as a result of the misappropriation, including actual damages and any unjust enrichment. Alternatively, AP Manufacturing seeks a reasonable royalty for Defendants' unauthorized use and disclosure of AP Manufacturing's trade secrets.

21. Because Defendants willfully and maliciously misappropriated AP Manufacturing's trade secrets, AP Manufacturing requests exemplary damages.

### V. ATTORNEYS' FEES

22. Because Defendants willfully and maliciously misappropriated AP Manufacturing's trade secrets, AP Manufacturing requests its attorneys' fees under 18 U.S.C. § 1836(b)(3)(D).

### VI. CONDITIONS PRECEDENT

23. All conditions precedent to AP Manufacturing's recovery have been performed, have occurred, or have been excused.

### VII. JURY DEMAND

24. AP Manufacturing demands a trial by jury.

### VIII. CONCLUSION

25. AP Manufacturing requests that judgment be entered in its favor and against Defendants for: (1) preliminary and permanent injunctive relief; (2) actual damages and any unjust enrichment, including actual damages, consequential damages, punitive damages, and a reasonable royalty; (3) pre-judgment and post-judgment interest, costs, and attorneys' fees; and (4) for such other relief as the Court deems just and proper.

       Respectfully submitted,

       KANE RUSSELL COLEMAN LOGAN PC

       By: */s/ Michael Twomey*
           Michael W. Twomey
           mtwomey@krcl.com
           Texas Bar No. 24070776
           5151 San Felipe, Suite 800
           Houston, Texas 77056
           Phone: (713) 425-7400
           Fax: (713) 425-7700

           Jamie R. Wilson
           jwilson@krcl.com
           Texas Bar No. 24098623
           901 Main Street, Suite 5200
           Dallas, Texas 75202
           Phone: (214) 777-4200
           Fax: (214) 777-4299

       ATTORNEYS FOR PLAINTIFF
       AP MANUFACTURING LLC

10052436